84 A.3d 580

David **BERNSTEIN**

v.

William **ELY.**

No. 23, Sept. Term, 2013.

Court of Appeals of Maryland.

Feb. 11, 2014.

Zafar S. Shah (Jean Zachariasiewicz, Public Justice Center, Baltimore, MD), on brief, for Petitioner.

Stuart Kaplow for Maryland Multi–Housing Association, Inc., Towson, MD, on brief, for Amicus Curiae.

Argued before: BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, WATTS, and ALAN M. WILNER (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 11th day of February 2014,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.